**Order entered November 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00940-CR

**HAZEM AHMED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-89052-2018**

## ORDER

Before the Court is appellant's November 15, 2019 first motion for extension of time to file his brief. We **GRANT** the motion. Appellant's brief shall be due by **December 7, 2019**.

/s/      BILL PEDERSEN, III
JUSTICE